AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DEBBIE LEE ASSELIN,**

       **Plaintiff,**

                      **JUDGMENT IN A CIVIL CASE**

**v.**

                      **CASE NO.  2:13-CV-1201**

**COMMISSIONER OF**          **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**           **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed March 17, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 17, 2015                      RICHARD W. NAGEL, CLERK

                                     */S/ Andy F. Quisumbing*
                                     (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk